UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRA LONDONO,<br><br>      Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>      Defendant. | 1:16-cv-01897-EPG<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE<br><br>(ECF No. 3) |

      On December 19, 2016, Plaintiff Dierdra Londono filed a complaint seeking judicial review of a final decision by the Commissioner of Social Security ("Commissioner") denying her application for disability benefits. Additionally, Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP application"). (ECF No. 3.)

      As an initial matter, the IFP application is made by "Dierdra L. Burston." However, the docket indicates that the complaint was filed Plaintiff Dierdra Londono. The complaint states that this case was initiated by "Dierdra Burston Londono." (ECF No. 1.) While the Court can surmise that the IFP applicant is likely the same person as the person initiating this case, the IFP application should accurately reflect the name of Plaintiff. This inconsistency can be fixed upon re-filing the IFP application.

1

Second, question 3 of the IFP asks whether Plaintiff has received any money from other sources, to which Plaintiff responded in the affirmative. The second part of the question asks the applicant to provide details concerning the source of money, the amount received and what you expect you will continue to receive. Plaintiff answered only that "[m]y husband supports me." The Court requires additional information in connection with this question, regarding the amount of support and resources available to the husband.

The Court will deny the IFP application. (ECF No. 3.) However, Plaintiff may refile an IFP application correcting the issues identified in this order.

IT IS SO ORDERED.

Dated:   **December 21, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE