| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| | Regional Chief Counsel |
| 3 | DANIEL P. TALBERT |
| | Special Assistant United States Attorney |
| 4 |     Social Security Administration |
| |     160 Spear Street, Suite 800 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (415) 977-8995 |
| 6 |     Facsimile: (415) 744-0134 |
| | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIERDRA LONDONO,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-01897-EPG<br><br>STIPULATION AND ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 25) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously-filed Motion for Attorney's Fees, filed July 6, 2018, shall be withdrawn, and that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of FIVE THOUSAND FIVE HUNDRED dollars ($5,500). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted July 12, 2018.

DATED: July 12, 2018  */s/ Kelsey Mackenzie Brown*
KELSEY MACKENZIE BROWN
(as authorized by email)
Attorney for Plaintiff

MCGREGOR W. SCOTT
United States Attorney

DATED: July 12, 2018  By  *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

**<u>ORDER</u>**

Pursuant to the above stipulation, IT IS ORDERED that Plaintiff is awarded attorney fees and expenses in the amount of $5,500 as authorized by 28 U.S.C. § 2412, and that Plaintiff's motion for attorney's fees, (ECF No. 25), is withdrawn.

IT IS SO ORDERED.

Dated: **July 13, 2018**                              /s/ Eric P. Grojean
                                                                 UNITED STATES MAGISTRATE JUDGE